No. 03–497. REID v. HOLMES, DISTRICT DIRECTOR, IMMIGRA-
TION AND NATURALIZATION SERVICE, ET AL. C. A. 2d Cir. Cer-
tiorari denied.

No. 03–498. AMELKIN ET AL. v. MCCLURE ET AL. C. A. 6th
Cir. Certiorari denied.

No. 03–508. ANDERSON v. ARKANSAS. Sup. Ct. Ark. Certio-
rari denied.

No. 03–514. MOYER v. SMURFIT-STONE CONTAINER CORP.
C. A. 4th Cir. Certiorari denied.

No. 03–521. KHATTAK v. ASHCROFT, ATTORNEY GENERAL.
C. A. 4th Cir. Certiorari denied.

No. 03–528. CHANDLER v. ROCHE, SECRETARY OF THE AIR
FORCE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–548. RUETH DEVELOPMENT CO. ET AL. v. UNITED
STATES. C. A. 7th Cir. Certiorari denied.

No. 03–553. FORUM STEAKHOUSE OF FLORIDA, INC. v.
STROOCK STROOCK & LAVAN, LLP. Dist. Ct. App. Fla., 3d Dist.
Certiorari denied.

No. 03–568. EGGERT v. REMINGTON ET AL. C. A. 9th Cir.
Certiorari denied.

No. 03–578. GAINES v. WHITE RIVER ENVIRONMENTAL PART-
NERSHIP ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–581. NEAVES ET AL. v. CITY OF SAN DIEGO, CALIFOR-
NIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–599. ST. LOUIS UNIVERSITY v. UNITED STATES. C. A.
4th Cir. Certiorari denied.

No. 03–602. UPCHURCH v. BRUCE, WARDEN, ET AL. C. A.
10th Cir. Certiorari denied.